JS 45 (1/96) Electronic Version
# Criminal Case Cover Sheet

U.S. District Court

## Place of Offense:

City __Madison__  Related Case Information: *U S v. Bryan Cook*
County/Parish __Dane County__  Superseding _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

## Defendant Information:

Matter to be sealed:  ☐ Yes    X No
Def. Name __Luis Abreu__
Alias Name _____
City & State Only __Verona, WI__
Year of Birth __1974__    Last 4 digits of SSN __2438__
Sex __Male__    Race __W/H__

## U.S. Attorney Information:

AUSA __Timothy M. O'Shea__    Bar # _____
Interpreter ☐ No   ☐ Yes   List language and/or _____

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

## U.S.C. Citations

Total # of __1__    ☐ Petty   ☐ Misdemeanor   X Felony
☐ Class A
☐ Class B
☐ Class C

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2315 | Knowing possession of more than $5,000 that crossed a state line after having been unlawfully converted | 1 |
| Set 2 | | | |
| Set 3 | | | |

(May be continued on reverse)

Date __2-10-12__    Signature of AUSA: _____